9 F.3d 978
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
FRENCH HOSPITAL MEDICAL CENTER, Hazel Hawkins Memorial
Hospital, Madera Community Hospital, Mendocino Community
Hospital, Palomar Memorial Hospital, Providence Hospital
Queen of Angeles Medical Center, Saint Francis Memorial
Hospital, San Francisco General Hospital, Scenic General
Hospital, Selma District Hospital, Vallejo Broadway
Hospital, Watsonville Community Hospital and Wheeler
Hospital, Plaintiffs-Appellants,
v.
The UNITED STATES, Defendant-Appellee.
 No. 93-5133.
 United States Court of Appeals, Federal Circuit.
 Aug. 19, 1993.
 
 AFFIRMED.
 ON MOTION
 LOURIE, Circuit Judge.
 
 ORDER
 
 1
 Upon consideration of the United States' unopposed motion for summary affirmance of the March 26, 1993 judgment of the Court of Federal Claims,
 
 IT IS ORDERED THAT:
 
 2
 (1) The United States' unopposed motion is granted.
 
 
 3
 (2) Each side shall bear its own costs.